# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 16-03036-01-CR-MDH |
| BROS KONG, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Defendant's Motion to Suppress Evidence (Doc. 22), the Government's Suggestions in Opposition to Defendant's Motion to Suppress Evidence (Doc. No. 23), Defendant's Motion to Suppress Evidence And Request for a *Franks* Hearing (Doc. 27), the Government's Suggestions in Opposition to Defendant's Motion to Suppress Evidence and Request for a *Franks* Hearing (Doc. 28), the Report and Recommendation of United States Magistrate Judge (Doc. 29), and Defendant's Exceptions to the Report and Recommendation of United States Magistrate Judge (Doc. 30). The Court has also reviewed the electronic transcript from the August 27, 2016, hearing before the United States Magistrate Judge. (Doc. 26).

After a careful and independent review of the parties' submissions, the Report and Recommendation, and Defendant's objections to the same, this Court agrees with and **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Doc. 29) in full. Accordingly, the Court **DENIES** Defendant's Motions to Suppress and Request for a *Franks* Hearing. (Docs. 22 and 27).

1

**IT IS SO ORDERED.**

DATED: December 20, 2016

                                               */s/ Douglas Harpool*
                                               **DOUGLAS HARPOOL**
                                               **UNITED STATES DISTRICT JUDGE**